**ORDERED ACCORDINGLY.**

Dated: August 26, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-12211/1044839854

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Delly Caperlac<br>        Debtors.<br>―――――――――――――――――<br>Home Loan Services, Inc.<br>        Movant,<br>  vs.<br><br>Delly Caperlac, Debtors; Constantino Flores, Trustee.<br><br>        Respondents. | No. 2:09-bk-08456-GBN<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 13)<br><br>RE: Real Property located at<br>4632 South Kachina Drive<br>Tempe, AZ 85282 |

      This matter having come before the Court for a Preliminary Hearing on August 21, 2009 at 11:00 AM, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, pro se, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 26, 2007, and recorded in the office of the

Maricopa County Recorder wherein Home Loan Services, Inc. is the current beneficiary and Delly Caperlac have an interest in, further described as:

    Lot 304, SANDS EAST THREE, according to Book 124 of Maps, Page 3, records of Maricopa County, Arizona.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

                                                  _____
                                                  JUDGE OF THE U.S. BANKRUPTCY COURT